16UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHRYN DALE,<br><br>        Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | CASE NO. 2:16-CV-00910-RSL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The ALJ erred in her decision as described in the Report and Recommendation;

(3) The matter is therefore **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Acting Commissioner for further proceedings;

(4) **JUDGMENT** is for plaintiff and the case should be closed;

(5) The Clerk is directed to send copies of this Order to counsel of record.

1 | Dated this 24th day of January, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge