UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHRYN DALE, ) | |
| ) | NO. 2:16-cv-00910-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING MOTION TO |
| COMMISSIONER OF SOCIAL SECURITY ) | EXTEND TIME TO RESPOND |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on plaintiff's unopposed motion to extend the time for the Government to file a response to plaintiff's motion for attorney's fees. Dkt. # 22. The motion is GRANTED. The Clerk of Court is directed to renote plaintiff's motion for attorney's fees (Dkt. # 19) on the Court's calendar for Friday, October 9, 2020. The Government's response is due on or before October 5, 2020. Any reply shall be filed on or before the note date.

Dated this 9th day of September, 2020.

*[signature]*
ROBERT S. LASNIK
United States District Court Judge

ORDER - [2:16-cv-00910-RSL]- 1