UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| KATHRYN DALE, | ) | |
| | ) | NO. 2:16-cv-00910-RSL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING MOTION TO |
| COMMISSIONER OF SOCIAL SECURITY | ) | EXTEND TIME TO RESPOND |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the motion to amend and the declaration of Amy Gilbrough (Dkt. # 24 and 24-2), it is hereby ordered that the Government's response to Plaintiff's Motion for Attorney Fees under 42 U.S.C. 406(b) is due December 7, 2020. Any reply shall be filed on or before December 10, 2020.

Dated this 6th day of October, 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Court Judge

ORDER - [2:16-cv-00910-RSL]- 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
206-623-0900