UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHRYN DALE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | NO. 2:16-cv-00910-RSL<br><br>ORDER GRANTING MOTION TO<br>EXTEND TIME TO RESPOND |

Based on the motion to amend and the declaration of Amy Gilbrough it is hereby ordered that the Government's response to Plaintiff's Motion for Attorney Fees under 42 U.S.C. 406(b) is due February 8, 2021. Any reply shall be filed on or before February 11, 2021.

DATED this 7th day of December, 2020.

*[signature]*
ROBERT S. LASNIK
United States District Court Judge

ORDER - [2:16-cv-00910-RSL]- 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
206-623-0900