UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHYRN DALE, | CIVIL NO. 2:16-cv-00910-RSL |
| Plaintiff, | ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Amy Gilbrough is allowed an attorney fee of $22,495.00, pursuant to 42 U.S.C. § 406(b). If the Social Security Administration is still withholding this amount, it is directed to send this amount to Plaintiff's attorney, Amy Gilbrough, minus any applicable fees ordered by statute. One this fee is received, Ms. Gilbrough shall refund $3,852.61, the amount of the fee she received under the EAJA, to Plaintiff.

1    DATED this 27th day of January, 2020.

2

3                                        _____
                                         ROBERT S. LASNIK
4                                        United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR ATTORNEY FEES PURSUANT TO 42           Douglas Drachler McKee & Gilbrough, LLP
U.S.C. § 406(b) [2:16-cv-00910-RSL] - 2          1904 Third Ave. Suite 1030
                                                 Seattle, WA 98103
                                                 (206) 623-0900